# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DUSTIN MUSCHA,

      Petitioner,

v.                                                  CASE NO. 5:17cv109-MCR-CJK

B.A. BLACKMON, Warden,
FCI-Marianna,

      Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 8, 2017. ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DENIED**.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of January 2018.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**